```
                        3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH

                ADAM LINDQUIST et al. vs. WALGREENS CO et al.
CASE NUMBER 200906158 Product Liability
_____

CURRENT ASSIGNED JUDGE
        ROYAL I HANSEN


PARTIES
        Plaintiff - ADAM LINDQUIST
        Represented by: KARA NORTH
        Represented by: RANDALL SPENCER

        Plaintiff - SASHA KILPACK
        Represented by: KARA NORTH
        Represented by: RANDALL SPENCER

        Defendant - CONAGRA BRANDS INC

        Defendant - CONAGRA FOODS INC

        Defendant - WALGREENS CO

        Defendant - DOES I-V



ACCOUNT SUMMARY
                Total Revenue Amount Due:         375.00
                             Amount Paid:         375.00
                           Amount Credit:           0.00
                                 Balance:           0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                      Original Amount Due:        375.00
                       Amended Amount Due:        375.00
                             Amount Paid:         375.00
                           Amount Credit:           0.00
                                 Balance:           0.00



CASE NOTE


PROCEEDINGS
09-25-2020   Filed: Complaint
09-25-2020   Case filed by efiler
09-25-2020   Fee Account created Total Due: 375.00
09-25-2020   Fee Account created
09-25-2020   COMPLAINT - NO AMT S   375.00
09-25-2020   Judge ROYAL I HANSEN assigned.
09-25-2020   Filed: Return of Electronic Notification
10-23-2020   Filed: Notice of Removal to Federal Court


10-27-2020 01:36 PM                                        Page 1 of 2
```

10-23-2020   Filed: Return of Electronic Notification